## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Pamela M. Beshore aka Pam M Beshore aka Pam M Howe<br>                          Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>                          Movant<br>     vs.<br>Pamela M. Beshore aka Pam M Beshore aka Pam M Howe<br>                          Debtor | NO. 16-00199 HWV |
| Charles J. DeHart, III Esq.<br>                          Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion of PNC Bank, National Association for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about July 24, 2018 (Document No. 33).

                                                      Respectfully submitted,

                                                      **/s/ James C. Warmbrodt, Esquire**
                                                      James C. Warmbrodt, Esquire
                                                      Attorney for Movant
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      Main Line: 215-627-1322

September 21, 2018