Certificate Number: 14912-PAM-DE-035440763

Bankruptcy Case Number: 16-00199


14912-PAM-DE-035440763

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2021, at 12:31 o'clock PM EST, Pamela Beshore completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 9, 2021                By:   /s/Jai Bhatt

                                     Name: Jai Bhatt

                                     Title: Counselor