UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    PAMELA M. BESHORE                          Case No.: 1-16-00199-HWV
                                                           Chapter 13

    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**
Creditor Name:                  PNC BANK
Court Claim Number:           04
Last Four of Loan Number:    4318/PRE ARREARS/524 CLERMONT DR
Property Address if applicable:   524 CLERMONT DR., , HARRISBURG, PA17112

**PART 2:**                  **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $15,089.14 |
| b. | Prepetition arrearages paid by the Trustee: | $15,089.14 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $15,089.14 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2021　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Charles J. DeHart, III, Trustee
　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　eMail:  dehartstaff@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1164411 | 03/09/2017 | $332.06 | $0.00 | $332.06 |
| 5200 | 1166046 | 04/12/2017 | $288.63 | $0.00 | $288.63 |
| 5200 | 1167586 | 05/11/2017 | $288.63 | $0.00 | $288.63 |
| 5200 | 1169176 | 06/13/2017 | $577.27 | $0.00 | $577.27 |
| 5200 | 1170571 | 07/06/2017 | $144.32 | $0.00 | $144.32 |
| 5200 | 1172068 | 08/10/2017 | $432.94 | $0.00 | $432.94 |
| 5200 | 1173596 | 09/19/2017 | $432.95 | $0.00 | $432.95 |
| 5200 | 1174862 | 10/11/2017 | $143.70 | $0.00 | $143.70 |
| 5200 | 1176199 | 11/08/2017 | $287.39 | $0.00 | $287.39 |
| 5200 | 1177583 | 12/05/2017 | $287.39 | $0.00 | $287.39 |
| 5200 | 1179013 | 01/11/2018 | $431.09 | $0.00 | $431.09 |
| 5200 | 1180389 | 02/08/2018 | $287.40 | $0.00 | $287.40 |
| 5200 | 1181750 | 03/08/2018 | $287.39 | $0.00 | $287.39 |
| 5200 | 1183120 | 04/03/2018 | $143.70 | $0.00 | $143.70 |
| 5200 | 1186246 | 05/15/2018 | $574.79 | $0.00 | $574.79 |
| 5200 | 1187520 | 06/07/2018 | $143.69 | $0.00 | $143.69 |
| 5200 | 1188928 | 07/12/2018 | $431.09 | $0.00 | $431.09 |
| 5200 | 1190291 | 08/09/2018 | $287.40 | $0.00 | $287.40 |
| 5200 | 1191600 | 09/06/2018 | $287.39 | $0.00 | $287.39 |
| 5200 | 1192951 | 10/10/2018 | $286.78 | $0.00 | $286.78 |
| 5200 | 1194297 | 11/08/2018 | $286.18 | $0.00 | $286.18 |
| 5200 | 1195702 | 12/13/2018 | $429.25 | $0.00 | $429.25 |
| 5200 | 1197072 | 01/10/2019 | $286.18 | $0.00 | $286.18 |
| 5200 | 1198183 | 02/07/2019 | $286.17 | $0.00 | $286.17 |
| 5200 | 1199461 | 03/12/2019 | $286.17 | $0.00 | $286.17 |
| 5200 | 1200838 | 04/11/2019 | $286.18 | $0.00 | $286.18 |
| 5200 | 1202162 | 05/09/2019 | $286.16 | $0.00 | $286.16 |
| 5200 | 1203471 | 06/06/2019 | $286.18 | $0.00 | $286.18 |
| 5200 | 1204874 | 07/11/2019 | $429.26 | $0.00 | $429.26 |
| 5200 | 1206223 | 08/07/2019 | $286.17 | $0.00 | $286.17 |
| 5200 | 1207712 | 09/26/2019 | $436.02 | $0.00 | $436.02 |
| 5200 | 1208817 | 10/10/2019 | $149.84 | $0.00 | $149.84 |
| 5200 | 1209975 | 11/07/2019 | $286.78 | $0.00 | $286.78 |
| 5200 | 1211342 | 12/12/2019 | $430.16 | $0.00 | $430.16 |
| 5200 | 1212709 | 01/16/2020 | $286.78 | $0.00 | $286.78 |
| 5200 | 1214057 | 02/13/2020 | $286.77 | $0.00 | $286.77 |
| 5200 | 1215368 | 03/12/2020 | $286.77 | $0.00 | $286.77 |
| 5200 | 1216648 | 04/14/2020 | $425.10 | $0.00 | $425.10 |
| 5200 | 1217660 | 05/06/2020 | $138.33 | $0.00 | $138.33 |
| 5200 | 1218637 | 06/02/2020 | $276.65 | $0.00 | $276.65 |
| 5200 | 1219662 | 07/07/2020 | $414.96 | $0.00 | $414.96 |
| 5200 | 1220704 | 08/12/2020 | $276.65 | $0.00 | $276.65 |
| 5200 | 1221765 | 09/17/2020 | $414.97 | $0.00 | $414.97 |
| 5200 | 1222757 | 10/15/2020 | $278.18 | $0.00 | $278.18 |
| 5200 | 1223567 | 11/03/2020 | $139.85 | $0.00 | $139.85 |
| 5200 | 1224533 | 12/10/2020 | $419.56 | $0.00 | $419.56 |
| 5200 | 1226318 | 01/19/2021 | $279.71 | $0.00 | $279.71 |
| 5200 | 1227333 | 02/17/2021 | $338.16 | $0.00 | $338.16 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

PAMELA M. BESHORE            Case No.: 1-16-00199-HWV
                             Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHANNA HILL REHKAMP<br>CUNNINGHAM, CHERNICOFF & WARSHAWSKY<br>P.O. BOX 60457<br>HARRISBURG PA, 17106- | SERVED ELECTRONICALLY |
| PNC BANK<br>3232 NEWMARK DRIVE<br>MIAMISBURG, OH, 45342 | SERVED BY 1ST CLASS MAIL |
| PAMELA M. BESHORE<br>524 CLERMONT DR.<br>HARRISBURG, PA 17112 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2021

s/ Liz Joyce
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com