| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Pamela M. Beshore |
| | aka Pam M. Beshore aka Pamela M. Howe aka Pam M. Howe |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 1:16-bk-00199-HWV |

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Statement / Response Date:** 04/29/2021

**Name of creditor:** E*Trade Bank
c/o Specialized Loan Servicing, LLC

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 4797

**Property address:** 524 Clermont Dr.
Number        Street

Harrisburg, Pennsylvania 17112
City                     State      ZIP Code

## Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06/01/2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Pamela M. Beshore | Case number (if known) | 1:16-bk-00199-HWV |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

a. Total postpetition ongoing payments due: (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   MM / DD / YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Natalie E. Lea   Date 05/05/2021
Signature

Print: Natalie E. Lea
First Name  Middle Name  Last Name
Title: Authorized Agent for Specialized Loan Servicing, LLC

Company: Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 9013
Number  Street
Addison, Texas 75001
City  State  ZIP Code

Contact phone (972) 643-6600   Email POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 05, 2021 via electronic notice unless otherwise stated.

**Debtor**       *Via U.S. Mail*
Pamela M. Beshore
524 Clermont Dr.
Harrisburg, PA 17112-2216

**Debtors' Attorney**
Johanna Hill Rehkamp
Cunningham, Chernicoff & Warshawsky, PC
P.O. Box 60457
2320 N. Second Street
Harrisburg, PA 17106-0457

**Chapter 13 Trustee**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

Respectfully Submitted,

/s/ Natalie E. Lea

FINAL CURE NOTICE - CERTIFICATE OF SERVICE     4135-N-3354
Case 1:16-bk-00199-HWV    Doc 46    Filed 05/05/21    Entered 05/05/21 19:26:18    Desc
Main Document     Page 3 of 3